UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILLIAM GILL,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD ALBERS, et al.,<br><br>    Defendants. | Case No. 15-cv-00173-JST<br><br>**ORDER SETTING DEADLINE FOR FILING AMENDED COMPLAINT**<br><br>Re: ECF No. 13 |

On March 3, 2015, the Court dismissed Plaintiff's complaint with leave to amend. ECF No. 13. The Court now orders that, should Plaintiff wish to file an amended complaint, he must do so no later than April 9, 2015.

IT IS SO ORDERED.

Dated: March 19, 2015

_____
JON S. TIGAR
United States District Judge