UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILLIAM GILL,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD ALBERS, et al.,<br><br>    Defendants. | Case No. 15-cv-00173-JST<br><br>**ORDER DISMISSING AMENDED COMPLAINT UNDER 28 U.S.C. § 1915(E)(2)(B)**<br><br>Re: ECF No. 15 |

Pro se Plaintiff Ronald William Gill previously filed a complaint, ECF No. 1, and an application to proceed in forma pauperis. ECF No. 2. Judge Spero granted the motion for leave to proceed in forma pauperis, ECF No. 6, but issued a report and recommendation that recommended that the Court dismiss the complaint pursuant to 28 U.S.C. 1915. ECF No. 7. Because Plaintiff declined to consent to magistrate jurisdiction pursuant to 28 U.S.C. 636(c), the case was reassigned to the undersigned. The Court adopted the report and recommendation in full and dismissed the complaint with leave to amend. ECF No. 13.

Plaintiff has now filed an Amended Complaint. ECF No. 15. The Amended Complaint fails to address the deficiencies enumerated in Judge Spero's thorough report and recommendation. The Court still cannot discern an arguable basis in law or fact from the complaint, see Jackson v. Arizona, 885 F.2d 639, 640-41 (9th Cir. 1999), superseded by statute on other grounds as stated in Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir.2000). The Court therefore dismisses the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

///

///

///

1   The Court also denies Plaintiff's Motion for Permission for Electronic Case Filing, ECF
2 No. 3, as moot.  The Clerk shall close the file.
3   IT IS SO ORDERED.
4 Dated:  March 26, 2015



JON S. TIGAR
United States District Judge