UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILLIAM GILL,<br>     Plaintiff,<br>     v.<br>RONALD ALBERS, et al.,<br>     Defendants. | Case No.  15-cv-00173-JST<br><br>**ORDER STRIKING DOCUMENT**<br>Re: ECF No. 18 |

   The Court is in receipt of a document titled "Joint Case Management Conference" filed by Plaintiff Ronald William Gill.  ECF No. 18.  The Court notes that this case was closed when the Court dismissed Gill's amended complaint pursuant to 28 U.S.C. § 1915(E)(2)(B).  ECF No. 16.  The Court will therefore strike the document at ECF No. 18.

   IT IS SO ORDERED.

Dated: May 20, 2015

_____
JON S. TIGAR
United States District Judge